UNTITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 14  1 32 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

THE PHOENIX INSURANCE COMPANY :

    Plaintiff,

v.      CASE NO.: 3:02cv423 (EBB)

ZULLA ELECTRIC, INC.

    Defendant      NOVEMBER 13, 2003

### APPEARANCE

To the Clerk of this court and all parties of record:

Pursuant to Local Rule 7(b), please enter my appearance as counsel in this case for THE PHOENIX INSURANCE COMPANY.

Date: November 13, 2003      Respectfully submitted,

*Karey P. Pond*
Karey P. Pond ct25323
TEDFORD & HENRY, LLP
750 Main Street, Suite 510
Hartford, Connecticut 06103
Phone: (860) 293-1200
Fax: (860) 293-0685
kpond@tedfordhenry.com

### CERTIFICATION

I hereby certify that I have served a copy of the foregoing on all counsel and *pro se* parties of record by placing a copy of the same in the U.S. Mails, proper postage affixed, on this 13th day of November, 2003, addressed to the following:

James M. Celentano, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 060103

*Karey P. Pond*
Karey P. Pond