FILED

Dec 23   1: 59 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE PHOENIX INSURANCE CO.<br>Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:02CV423 (EBB) |
| VS. | :<br>:<br>: |
| ZULLA ELECTRIC, INC.<br>Defendant | :<br>: DECEMBER 22, 2003<br>: |

## MOTION FOR ENLARGEMENT OF TIME RE:
## TRIAL DATE AND SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut, the Defendant, Zulla Electric, Inc., respectfully requests this Court for an Order extending the March 1, 2004 trial date and enlarging the period of time within which to complete discovery which has a current deadline of January 1, 2004.. More particularly, the defendant requests that all discovery be extended by an additional ninety (90) days, to and including April 1, 2004. The Defendant requests that the deadline for the joint trial memorandum be extended to May 1, 2004, and that the case be trial ready on June 1, 2004.

In support of this Motion, the Defendant submits that counsel for the plaintiff, Attorney Brian Henry, has been notified of the requested extension, and that he does not object to this motion and requested enlargement of time;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Additionally, the defendant submits that discovery has been ongoing in this matter. In this regard, the defendant has been deposed, and there has been an Inspection of the fire damaged materials. Notably, this fire loss occurred at a store known as the Elephant Trunk in Mount Kisco, New York, and many of the witnesses including certain experts reside in New York. Additional time is needed to complete the necessary and pertinent depositions of the owners of Elephant Trunk who reside in New York, the plaintiff's fire experts, and the defendant's fire experts. Also, upon completing the above-stated discovery, the Defendant may deem it necessary to conduct additional depositions.

This is Defendant's second request for an extension of the trial date and an enlargement of time in which to complete discovery. Upon completion of discovery, the parties may seek assistance from the court in the form of mediation.

Wherefore, for the foregoing reasons, the undersigned Defendant respectfully requests an extension of the trial date to June 1, 2004, and enlargement of time of 90 days, up to and including April 1, 2004, in which to complete discovery.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT,
ZULLA ELECTRIC, INC.

BY: _____
James M. Celentano
Fed. Bar No. ct 17630
Christopher J. Lynch
Fed. Bar No. ct 07308
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 22nd day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Brian Henry, Esq.
Tedford & Henry
750 Main St.
Hartford, CT 06103;

_____
James M. Celentano

497322.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105