FILED

Dec 23 [illegible] PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE PHOENIX INSURANCE CO. | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV423 (EBB) |
| VS. | : | |
| | : | |
| ZULLA ELECTRIC, INC. | : | DECEMBER 22, 2003 |
| Defendant | : | |

### MOTION FOR ENLARGEMENT OF TIME RE: TRIAL DATE AND SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut, the Defendant, Zulla Electric, Inc., respectfully requests this Court for an Order extending the March 1, 2004 trial date and enlarging the period of time within which to complete discovery which has a current deadline of January 1, 2004.. More particularly, the defendant requests that all discovery be extended by an additional ninety (90) days, to and including April 1, 2004. The Defendant requests that the deadline for the joint trial memorandum be extended to May 1, 2004, and that the case be trial ready on June 1, 2004.

In support of this Motion, the Defendant submits that counsel for the plaintiff, Attorney Brian Henry, has been notified of the requested extension, and that he does not object to this motion and requested enlargement of time;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105