UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE PHOENIX INSURANCE CO. | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV423 (EBB) |
| VS. | : | |
| | : | |
| | : | |
| | : | |
| ZULLA ELECTRIC, INC. | : | March 15, 2004 |
|     Defendant | : | |

**MOTION FOR ENLARGEMENT OF TIME RE:
TRIAL DATE AND SCHEDULING ORDER**

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut, the Defendant, Zulla Electric, Inc., respectfully requests this Court for an Order extending the June 1, 2004 trial date and enlarging the period of time within which to complete discovery which has a current deadline of April 1, 2004..  More particularly, the defendant requests that all discovery be extended by an additional one hundred twenty (120) days, to and including August 1, 2004.  The Defendant requests that the deadline for the joint trial memorandum be extended to September 1, 2004, and that the case be trial ready on October 1, 2004.

    In support of this Motion, the Defendant submits that counsel for the plaintiff, Attorney Brian Henry, has been notified of the requested extension, and that he does <u>not</u> object to this motion and requested enlargement of time;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

  Additionally, the defendant submits that discovery has been ongoing in this matter. In this regard, the defendant has been deposed, and there has been an Inspection of the fire damaged materials. Notably, this fire loss occurred at a store known as the Elephant Trunk in Mount Kisco, New York, and many of the witnesses including certain experts reside in New York. Recently, defense counsel conducted the deposition of the principals of the Elephant Trunk in New York. However, additional time is needed to complete the necessary and pertinent depositions of the plaintiff and defense fire experts, and possible depositions of fire marshals who reside in New York. Additionally, the defendant is awaiting compliance to written interrogatories and production requests. Upon completing the above-stated discovery, the Defendant may deem it necessary to conduct additional depositions regarding the damages aspect of this subrogation claim.

  This is Defendant's third request for an extension of the trial date and an enlargement of time in which to complete discovery. Upon completion of discovery, the parties have tentatively agreed to submit this matter to mediation.

  WHEREFORE, for the foregoing reasons, the undersigned Defendant respectfully requests an extension of the trial date to October 1, 2004, and enlargement of time of 120 days, up to and including August 1, 2004, in which to complete discovery.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT,
ZULLA ELECTRIC, INC.

BY: _____
James M. Celentano
Fed. Bar No. ct 17630
Christopher J. Lynch
Fed. Bar No. ct 07308
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 15th day of March, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Brian Henry, Esq.
Tedford & Henry
750 Main St.
Hartford, CT 06103

_____
James M. Celentano

521518.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105