

FILED
JUN 29 1 53 PM '04
U.S. ...
NEW H...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE PHOENIX INSURANCE COMPANY :
    Plaintiff
                                                      CASE NO: 302CV423 EBB

VS.

ZULLA ELECTRIC, INC.
    _Defendant                              :          JUNE 25, 2004

**MOTION TO WITHDRAW APPEARANCE**

The undersigned hereby moves to withdraw his appearance in the above caption on the grounds that this matter was transferred to Attorney Christopher Lynch at the Law Firm of Halloran & Sage in August of 2003, and to the best of the undersigned's understanding, Attorney Lynch and/or his associates have been continuing to defend this matter.

No harm or prejudice will result to any party by the undersigned's withdrawal.

                                                  THE DEFENDANT,

                                                  BY: _____
                                                  ROBERT J. FLANAGAN, JR., ESQ.
                                                  Cella, Flanagan & Weber, P.C.
                                                  21 Washington Avenue
                                                  North Haven, CT 06473
                                                  (203) 239-5851
                                                  Fed. Bar # CT 18549

**Cella, Flanagan & Weber, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851  FAX 203-234-2974

## ORDER

The foregoing having been heard it is hereby ordered:

GRANTED / DENIED

BY THE COURT

_____
JUDGE/CLERK

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed to all counsel and pro se parties of record:

Att. Brian Henry, Esq.
Danaher, Tedford, Lagnese & Neal
21 Oak Street
Hartford, CT 06105
Tel: (860) 247-3666
Fax: (860) 547-1321

Att. Christopher Lynch
Halloran & Sage
One Goodwin Square
Hartford, CT 06103-4303

_____
ROBERT J. FLANAGAN, JR., ESQ.

**Cella, Flanagan & Weber, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue  P.O. Box 221  North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974