UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE PHOENIX INSURANCE CO.,       :
          Plaintiff              :
                                 :
     v.                          :   3:02-CV-423(EBB)
                                 :
ZULLA ELECTRIC, INC.,            :
                                 :
          Defendant              :



## REFERRAL TO MAGISTRATE JUDGE JOAN GLAZER MARGOLIS

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge
 (orefcs)

\_\_\_   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_   A ruling on the following motions which are currently pending (oref):


 _X_   A settlement conference (orefmisc./cnf)


\_\_\_   A conference to discuss the following: (orefmisc./cnf)


\_\_\_   Other: (orefmisc./misc)

SO ORDERED this 7th day of July, 2004 at New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE

UNITED STATES DISTRICT COURT