FILED
Oct 4 3 00 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE PHOENIX INSURANCE CO.  :
    Plaintiff             :   CIVIL ACTION NO.
                           :   3:02CV423 (EBB)
VS.                      :

ZULLA ELECTRIC, INC.     :   SEPTEMBER 23, 2004
    Defendant            :

### STIPULATION OF DISMISSAL

The parties in the above-referenced action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), request that the Court dismiss this action with prejudice, and without costs to any party.

DATED: 9-23-04                                 DATED: 7/23/04

THE PLAINTIFF:                                 THE DEFENDANT:
PHOENIX INSURANCE COMPANY                      ZULLA ELECTRIC, INC.

By_____                     By_____
Brian Henry, Esq.                              James M. Celentano
Fed. Bar #21109                                Fed. Bar #ct17630 of
TEDFORD & HENRY                                HALLORAN & SAGE, LLP
750 Main Street                                One Goodwin Square
Hartford, Connecticut 06103                    225 Asylum Street
New Haven, CT 06511                            Hartford, CT 06103
(203) 293-1200                                 (860) 522-6103

                                                  SO ORDERED:

                                                  _____
                                                  United States District Judge

583962
596660.1(HSFP)

One Goodwin Square        HALLORAN        Phone (860) 522-6103
225 Asylum Street         & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                                   Juris No. 26105